In the Matter of JACK NAGELBERG et al., Appellants and Respondents, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission, et al., Respondents and Appellants.

(Argued May 3, 1935; decided May 22, 1935.)

*Herman S. Bachrach, Harry Feldman* and *Alfred Nagelberg* for petitioners, appellants and respondents.

*Paul Windels, Corporation Counsel* (*Seymour B. Quel* and *Paxton Blair* of counsel), for defendants, respondents and appellants.

Order of the Appellate Division modified by granting back salary to the petitioners from July 11, 1934, the date of the order made at Special Term, and as so modified affirmed, with costs to the petitioners-respondents. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.